~~XXXXXX~~

JS-6



FILED
CLERK, U.S. DISTRICT COURT

September 22, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA FLORES, AM (BY AND THROUGH HER GUARDIAN AD LITEM) )<br><br>Plaintiffs )<br><br>v. )<br><br>THE CITY OF LOS ANGELES, and DOES 1 to 100, inclusive )<br><br>Defendants. ) | CASE NO.:  2:14-cv-09143-SJO-FFM<br><br>**ORDER ON JOINT STIPULATION TO DISMISS WITH PREJUDICE: THE FOURTH CAUSE OF ACTION FOR VIOLATION OF THE BANE ACT, THE FIFTH CAUSE OF ACTION FOR VIOLATION OF U.S.C. SECTION 1983, THE SIXTH CAUSE OF ACTION FOR FAILURE TO INTERVENE TO PREVENT CIVIL RIGHTS VIOLATIONS, THE SEVENTH AND EIGHTH CAUSES OF ACTION FOR MONELL LIABILITY; (2) DISMISS INDIVIDUAL LOS ANGELES POLICE OFFICERS AS DEFENDANTS; 3) DISMISS ALL CLAIMS FOR PUNITIVE DAMAGES; 4) DISMISS ALL CLAIMS OF MINOR A.M. AND (5) REQUEST FOR THE MATTER TO BE REMANDED TO STATE COURT;** |

1

[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS FEDERAL CAUSES OF ACTION AND CAUSE OF ACTION UNDER BANE ACT AND REQUEST FOR MATTER TO BE REMANDED

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS:**

Having read and considered the Joint Stipulation of the parties to: (1) That the court deem dismissed with prejudice the following causes of action: the fourth cause of action for violation of the Bane Act, the fifth cause of action for excessive force/unreasonable seizure, sixth cause of action for failure to intervene to prevent civil rights violations, seventh and eighth causes of action for *Monell* Liability; the stipulation to dismiss with prejudice the individually named defendants;  to dismiss all claims brought by minor A.M.; and to remand the remaining portions of the case to the jurisdiction of the Los Angeles Superior Court,  This Court ORDERS :

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

1. That following causes of action be dismissed with prejudice: the fourth cause of action for violation of the Bane Act, the fifth cause of action for excessive force/unreasonable seizure, sixth cause of action for failure to intervene to prevent civil rights violations, seventh and eighth causes of action for *Monell* Liability;
2. That the following defendants are dismissed with prejudice: Los Angeles Police Officer Jose Velasco, Los Angeles Police Officer Andrew Hundlett, and Los Angeles Police Officer Paul David Rodriguez.
3. That all claims for punitive damages are dismissed with prejudice.
4. That all claims brought by minor A.M. are dismissed with prejudice.
5. That the case be remanded to the Los Angeles County Superior Court, Central District because there no longer exists a federal question on which jurisdiction was based. The clerk of the United States District court is ordered forthwith to execute the proper documents relating to a matter being remanded,
6. All sides to bear their own attorneys' fees and costs.

Dated: September 22, 2015.    _____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS FEDERAL CAUSES OF ACTION AND CAUSE OF ACTION UNDER BANE ACT AND REQUEST FOR MATTER TO BE REMANDED